AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:22-mj-00560-NJK |
| ) | |
| DONNELL COOPER ) | Charging District:   Southern District of Indiana |
| *Defendant* ) | Charging District's Case No.   1:22-cr-00057-JMS-MG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Birch Bayh Federal Building & U.S. Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | Courtroom No.:  270 |
|---|---|---|
| | | Date and Time:  July 26, 2022 at 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     July 18, 2022

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED         ____ RECEIVED
____ ENTERED      ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL 18, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY